```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10                           ----oo0oo----
11  NENITA B. SAMPAYAN AND ALBERTO
    Z. SAMPAYAN;
12                                       NO. CIV. 2:12-1288 WBS CKD
             Plaintiffs,
13                                       ORDER OF RECUSAL
                  v.
14
    RECONTRUST COMPANY, N.A.,
15  MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC.; BANK
16  OF NEW YORK MELLON FKA THE BANK
    OF NEW YORK, AS TRUSTEE FOR THE
17  CERTIFICATEHOLDERS OF THE CWALT
    INC., ALTERNATIVE LOAN TRUST
18  2006-OA2MORTGAGEPASS-THROUGH
    CERTIFICATES, SERIES 2006-0A2;
19  AND BANK OF AMERICA, N.A.,
20           Defendants.
                                    /
21
                             ----oo0oo----
22
```

23            Because the spouse of one of my law clerks owns a small
24  amount of stock in the Bank of America, I must recuse myself from
25  this case for the reasons stated in Amstadter v. Bank of America,
26  Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).
27            IT IS THEREFORE ORDERED that the Clerk of the Court
28  reassign this case to another judge for all further proceedings,

                                    1

making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Any dates previously set in this case are hereby VACATED.

DATED: May 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE