UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

NENITA B. SAMPAYAN AND ALBERTO Z. SAMPAYAN;

    Plaintiffs,

        v.

RECONTRUST COMPANY, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT INC., ALTERNATIVE LOAN TRUST 2006-OA2MORTGAGEPASS-THROUGH CERTIFICATES, SERIES 2006-0A2; AND BANK OF AMERICA, N.A.,

    Defendants.
_____/

NO. CIV. 2:12-1288 WBS CKD

ORDER OF RECUSAL

----oo0oo----

Because the spouse of one of my law clerks owns a small amount of stock in the Bank of America, I must recuse myself from this case for the reasons stated in <u>Amstadter v. Bank of America</u>, Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings,

1

making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Any dates previously set in this case are hereby VACATED.

DATED: May 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE