Michael Yesk (SB#130056)
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
510-909-9700
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NENITA B. SAMPAYAN AND ALBERTO Z. SAMPAYAN; | Case No.: 2:12-CV-01288-LKK-CKD Senior District Court Judge Lawrence K. Karlton |
| Plaintiffs | |
| vs. | NOTICE OF DISMISSAL Fed. R. Civ. P. 41(a)(1)(A)(i) |
| RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA2; AND BANK OF AMERICA, N.A., | |
| Defendants | |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS

OF RECORD:

    Plaintiffs Nenita B. Sampayan And Alberto Z. Sampayan hereby request that the

Complaint, all parties and causes of action, be dismissed pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i), prior to the filing of an Answer or Motion for Summary Judgment, without

prejudice, each party to bear its own costs and fees.

DATED: August 30, 2012        /s/Michael Yesk_____
                               Michael Yesk
                               Attorney for Plaintiffs

NOTICE OF DISMISSAL - 1

## ORDER

Based on the Plaintiffs' request pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and good cause appearing,

**IT IS ORDERED** that

The case is dismissed without prejudice, each side to bear its own costs and fees.  All scheduled hearings are hereby vacated.

Dated:  September 12, 2012

LAWRENCE  K.  KARLTON
SENIOR  JUDGE
UNITED  STATES  DISTRICT  COURT